BEFORE THE SECOND DIVISION, MARCH 14, 1939

No. **40817.**—Protests 918572–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. **40818.**—Protest 800685–G of Kee Lox Manufacturing Co., Inc. (Rochester).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) it was held that this court is without jurisdiction and the protest was dismissed.

No. **40819.**—Protest 806451–G/83370 of Coca-Cola Co. (Chicago).

Opinion by KINCHELOE, J. The protest was dismissed as untimely.

No. **40820.**—Protests 942875–G, etc., of J. L. Galef et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (C. D. 47) the air pistols and parts in question were held dutiable at 27½ percent under paragraph 372 as claimed.